IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DR. GEETHA MUKUNDAN, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 13-2446 |
| | : | |
| MS. SHELLY RAHMAN, et al., | : | |
| Defendants | : | |

**O R D E R**

**AND NOW,** this 20th day of August, 2013, upon consideration of the defendants' unopposed[1] motions to dismiss (Documents #4 and #10), IT IS HEREBY ORDERED that the motions are DENIED as moot.

IT IS FURTHER ORDERED that the plaintiffs shall file an amended complaint consistent with my Memorandum within twenty days of the date of this Order. Failure to comply with this Order may result in sanctions, including dismissal of the action, as provided for in the Federal Rules of Civil Procedure.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The plaintiffs failed to respond to the motions to dismiss in the time provided for in the Local Rules of Civil Procedure. After the time expired, I ordered the plaintiffs to respond within fifteen days of the date of the Order. The plaintiffs have yet to comply with my Order.