IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. GEETHA MUKUNDAN, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 13-2446 |
| | : | |
| MS. SHELLY RAHMAN, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this  12th   day of September, 2013, in accordance with the reasons outlined in the attached Memorandum, IT IS HEREBY ORDERED that this action is DISMISSED *sua sponte* with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.